# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAIME H. PIZARRO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE HOME DEPOT, INC., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-04660-WMR |

## **JUDGMENT**

This action having come before the Court, Honorable William M. Ray, II, United States District Judge, and the Court having **GRANTED** Plaintiffs' Motion to Compel Production against Financial Engines Advisors, LLC, it is

**ORDERED AND ADJUDGED** that this action be **DISMISSED.**

Dated at Atlanta, Georgia this 12th day of February, 2021.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                                     By:  *s/ Charlotte Diggs*
                                                          Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   February 12, 2021
James N. Hatten
Clerk of Court

By: *s/ Charlotte Diggs*
      Deputy Clerk